# Exhibit C

Delaware.gov | Text Only                                   Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions    View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2214169 | Incorporation Date / Formation Date: | 11/21/1989 (mm/dd/yyyy) |
| Entity Name: | CHASE BANKCARD SERVICES, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ☐ Status ☐ Status,Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

 

Home    Edit Account | Log Out

## CHASE BANKCARD SERVICES, INC. Control Number: 07077243

Main    Reports    Officers    Filing History

**Entity Info**

| | |
|---|---|
| Entity Id | 2405358 |

**Key Indicators**

| | |
|---|---|
| Model Type | Corporation |
| Locale | Foreign |
| Qualifier | For-Profit |
| Business Name | CHASE BANKCARD SERVICES, INC. |
| Registration Date | 9/12/2007 |
| Entity Status | Active/Compliance |
| Entity Status Date | 2/14/2012 |
| Foreign Name | |
| Date of Organization | |
| State | Delaware |
| Country | |

**Principal Office Address**

PRINCIPAL
- Line1: 200 WHITE CLAY CENTER DRIVE
- Line2:
- City: Newark   State: Delaware   Zip: 19711

**Agent**

| | |
|---|---|
| Is non-commercial Registered Agent? | No |
| Name | C T CORPORATION SYSTEM |

**Address**

- Line1: 1201 Peachtree Street, NE
- Line2:
- City: Atlanta   State: Georgia   Zip: 30361
- Email:

**Previous Names**

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|
| No Miscellaneous Filings were found. | | | | | | | |